**FILED**

June 3, 2008

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,          )
                                   )
              Plaintiff,           )
                                   )
v.                                 )
                                   )
Tony James Flowers,                )
                                   )
              Defendant.           )

Case No. 2:08-mj-192 GGH

ORDER FOR RELEASE
OF PERSON IN CUSTODY

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  Tony James Flowers   Case 2:08-mj-192 GGH

from custody subject to the conditions contained in the attached "Notice to Defendant Being

Released" and for the following reasons:

               _     Release on Personal Recognizance

               _     Bail Posted in the Sum of _____

               X    Unsecured bond in the amount of $75,000 to be co-signed by Mr.

                     and Mrs.  Hall (defendant's aunt and uncle)

               _     Appearance Bond with 10% Deposit

               _     Appearance Bond secured by Real Property

               _     Corporate Surety Bail Bond

               X    (Other) PTS conditions/supervision; third party custody to Sheila Hall

Issued at  Sacramento, CA  on 6/3/08 _____   at  2:45 p. m. .

By _____

Kimberly J. Mueller,
United States Magistrate Judge