UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

PRETRIAL SERVICES VIOLATION PETITION

## AMENDED

The United States,

-vs-

Tony J. Flowers                                              **Docket No. 2:08-CR-267-EJG**

**COMES NOW** Darryl D. Walker, Pretrial Services Officer of the Court, presenting an official report upon the conduct and attitude of Tony J. Flowers, who was placed on bond by the Honorable Gregory G. Hollows, U.S. Magistrate Judge, sitting in the Court at Sacramento, California, on the 30th day of May, 2008, who imposed the general terms and conditions of pretrial supervision theretofore adopted by the Court and also imposed special terms and conditions as follows:

**OFFENSE:** 18 USC 922(g)(1) - Felon in Possession of a Firearm and 26 USC 5861(d) - Possession of a Sawed-off Shotgun.

**BOND CONDITIONS**: The defendant was released on a $75,000 unsecured bond with Pretrial Services supervision and special conditions of release. Please see attachment.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**
On June 13, 2008 and June 27, 2008, the defendant tested positive for methamphetamine.
On June 25, 2008, the defendant failed to submit a urine sample for drug testing.
On July 7, 2008, the defendant's aunt, Sheila Hall, stated she has not seen the defendant in two days, thus violating his curfew order and his release condition that he not absent himself from his residence for more than 24 hours.

On November 15, 2009, the defendant was arrested by the Stockton Police Department for two counts of Street Terrorism (186.22(A) PC& 186.22(B)(1)PC), Carjacking (215(A)PC), two counts of Hit & Run (20002(A) VC), Evading a Peace Officer: Disregard Safety (2800.2 VC), Possession of a Controlled Substance (11377(A) HS) and Transportation/Sell of a Controlled Substance (11379 HS). Pretrial Services was not aware of this new arrest until January 6, 2010. The defendant is currently in custody at the San Joaquin County Jail and his next court appearance is on January 22, 2010. He has been a fugitive since July 2008.

**PRAYING THAT THE COURT WILL ORDER:** A No Bail bench warrant has already been issued after the original petition was filed on July 9, 2008.

**LAST KNOWN ADDRESS:**    On file with Pretrial Services
**TELEPHONE NUMBER:**    On file with Pretrial Services

I declare under penalty of perjury that the foregoing is true and correct.

                                                                       Respectfully submitted,

                                                                       /s/ Darryl D. Walker

                                                                       Darryl D. Walker
                                                                       Pretrial Services Officer
                                                                       January 8, 2010

## ORDER

| | |
|---|---|
| X | On July 9, 2008, the Court ordered a no-bail bench warrant be issued for the arrest of said defendant. **Pretrial Services has amended the violation petition to add the new law violation.** |
| \_\_ | The Court hereby orders this ex parte motion and order be sealed. |
| \_\_ | The Court orders a summons be issued with an appearance date of\_\_\_\_\_. |
| \_\_ | The Court hereby orders this matter placed on this court's calendar on\_\_\_\_\_, at \_ p.m. and orders the Pretrial Services Officer to contact the defendant and/or attorney of record to advise them of said order. |

Pretrial Services Violation Petition - page 2
Flowers, Tony J.

Considered and ordered this _8th_ day of
_January_, 2010, and ordered filed and
made a part of the records in the above case.

_Dale A. Drozd_
U.S. Magistrate Judge

**SPECIAL CONDITIONS OF RELEASE:**

1. You shall report to and comply with the rules and regulations of the Pretrial Services Agency;

2. You shall report in person to the Pretrial Services Agency on the first working day following your release from custody;

3. You are to reside at a location approved by the Pretrial Services officer and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;

4. Your travel is restricted to the Eastern District of California without the prior consent of the pretrial services officer;

5. You shall not possess a firearm, destructive device, or other dangerous weapon; additionally, you shall provide written proof of divestment of all firearms currently under your control;

6. You shall refrain from the excessive use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana, prescribed or not, may not be used;

7. You shall submit to drug or alcohol testing as approved by the Pretrial Services officer;

8. You shall seek and/or maintain employment and provide proof of same as requested by your pretrial services officer;

9. You shall immediately contact Pretrial Services should you have any contact with law enforcement;

10. You are released to the third-party custody of your aunt, Mrs. Hall;

11. You shall submit to DNA testing as directed by the United States Attorney's Office;

12. You shall remain in your residence between the hours of 10:00am and 6:00am, unless your absence is approved by the Pretrial Services Officer;

13. You shall stay away from 623 N. Aurora St. Stockton, California during the pendency of this case;

14. You shall have no contact with Annette Chavez, Maria Jimenez, and Rosemarie Jimenez during the pendency of this case.