**OFFICE OF THE FEDERAL DEFENDER**
**EASTERN DISTRICT OF CALIFORNIA**
**801 I STREET, 3rd FLOOR**
**SACRAMENTO, CALIFORNIA  95814**
(916) 498-5700  Fax: (916) 498-5710

*Daniel J. Broderick*
*Federal Defender*

*Linda C. Harter*
*Chief Assistant Defender*



## MEMORANDUM

SEP 14 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

DATE:      September 13, 2010

TO:        Colleen Lydon, Courtroom Clerk to the
           Honorable Edward J. Garcia

FROM:      Lexi Negin, Assistant Federal Defender

SUBJECT:   United States v. Tony J. Flowers
           Cr.S. 08-267 EJG

---

This Memorandum is to confirm counsel's request to continue Judgment and Sentencing presently scheduled for October 8, 2010, to **Friday, October 29, 2010, at 10:00 a.m.**  I have corresponded with Assistant U.S. Attorney Paul Hemesath and U.S. Probation Officer Lynda M. Moore, and both parties concur with this request. The PSR disclosure dates will change as follows:

| | |
|---|---|
| Counsel's Written Objections shall be due by: | October 1, 2010 |
| Pre-Sentence Report shall be filed with the Court and Disclosed to Counsel by: | October 8, 2010 |
| Motion for Correction shall be due by: | October 15, 2010 |
| Reply or Statement of No Opposition shall be due by: | October 22, 2010 |
| Judgment and Sentencing: | October 29, 2010, at 10:00 a.m. |

Thank you for your attention to this matter.  Please contact me with any questions or concerns.

LN/vo

cc:     Lynda M. Moore, U.S. Probation Officer
        client

IT IS SO ORDERED

9/13/10