UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**

NOV 19 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES OF AMERICA,

Plaintiff,

v.

**TONY JAMES FLOWERS,**

Defendant.

)
)
)
)
)
)
)
)
)

Case No. CR S-08-0267-01 WBS

ORDER FOR RELEASE
OF PERSON IN CUSTODY

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release **Tony James Flowers** Case _CR S-08-0267-01  WBS_

from custody for the following reasons:



____ Release on Personal Recognizance

____ Bail Posted in the Sum of _____

____ Unsecured bond

____ Appearance Bond with 10% Deposit

____ Appearance Bond secured by Real Property

____ Corporate Surety Bail Bond

__X__ **(Other)   Defendant to be released to the custody of the US Probation Officer
so that he may be placed in the Salvation Army Adult Rehabilitation Center.**

Issued at _Sacramento, CA_ on _November 19, 2014_     at _$9:45$_ a.m.    .

By _____
William B. Shubb,
United States District Judge

Orig & Copy: USM
Copy to Docketing